UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>          Plaintiff,          )<br>                              )<br>     v.                       )<br>                              )<br> LAKESHIA R. MONTGOMERY,       )<br>                              )<br>          Defendant.          )<br>                              )<br>                              )<br> _____) | 2:21-po-00410-CKD<br><br>ORDER TO DISMISS AND VACATE STATUS CONFERENCE<br><br>DATE:  November 18, 2021<br>TIME:  9:30 a.m.<br>JUDGE: Hon. Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:21-po-00410-CKD is GRANTED.

It is further ordered that the status conference scheduled on November 18, 2021, is vacated.

IT IS SO ORDERED.

Dated: November 17, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE